# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133031(46)

ROLAND KAISER, Personal Representative of
the Estate of MARION ROSE KAISER,
Deceased,

       Plaintiff-Appellee,

v

JAMES ROBERT ALLEN, a/k/a JAMES
KROTZER,

       Defendant-Appellant.

SC: 133031
COA: 264600
Bay CC: 03-003800-NI

_____

      On order of the Chief Justice, the motion by plaintiff-appellee for extension of time for filing his brief is considered and it appearing the brief was filed on July 30, 2007, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 27, 2007

_____
Clerk